argument to raise the issue of the improvidence of our grant. These petitions are consolidated for briefing and oral argument with *Steven F. Pilkington* v. *Ralph Toti* No. 79-56-A. *Lincoln C. Almond,* for petitioner. *Everett A. Petronio, Thomas W. Pearlman,* for respondent.

M. P. No. 79-249.   IN RE: FRANCIS WALSH. The petition of Joseph Francis Walsh to be heard, as prayed, is denied. *Joseph F. Walsh,* pro se.

C. A. No. 77-338.   STATE v. PAUL GAZERRO, *et al.* The motion of defendant Paul Gazerro for bail pending appeal is denied. This case is assigned to the November, 1979 calendar for oral argument. *Dennis J. Roberts II,* Attorney General, for plaintiff. *John F. Cicilline, John O'Neil,* for defendant.

APPEAL No. 79-194.   CHARLOTTE M. ARAKELIAN v. GARABED C. ARAKELIAN. The wife's motion to dismiss this appeal as premature is granted. *Aram K. Berberian,* for petitioner. *Alan T. Dworkin,* for respondent.

July 17, 1979.

M. P. No. 79-239.   HAROLD TILLINGHAST, *et al.* v. JOHN J. MORAN. The petition for habeas corpus was heard before this court on Tuesday, July 17, 1979. The petitioners have failed to establish their entitlement to bail. Consequently, the petition is hereby denied. Opinion will follow. Mr. Chief Justice Bevilacqua did not participate. *Jack Cicilline,* for petitioner. *Dennis J. Roberts II,* Attorney General, for respondent.

July 19, 1979.

M. P. No. 79-150.   RITA RUSSO v. ALEXANDER CALENDA. The petition for writ of certiorari is denied. *Joseph Dugan,* for petitioner. *David W. Carroll,* for respondent.

M. P. No. 79-253.   VINCENT GIORDANO v. JOHN MORAN. The petition for writ of habeas corpus is denied. *Vincent Giordano,* pro se, petitioner. *Dennis J. Roberts II,* Attorney General, for respondent.